CHEMI S.P.A, Lorenzo De Ferra, and Pietro Massardo, Appellants,

v.

David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee,

and

Fidia Farmaceutici S.P.A., Appellee.

No. 2010–1514.

United States Court of Appeals, Federal Circuit.

June 8, 2011.

Rehearing Denied July 12, 2011.

Robert S. Silver, Caesar, Rivise, Bernstein, Cohen & Pokotilow, LTD, of Philadelphia, PA, for appellants. With him on the brief was Joseph F. Murphy.

Raymond T. Chen, Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, VA, for appellee. With him on the brief were Robert J. McManus and Nathan K. Kelly, Associate Solicitors.

Eugene T.C. Perez, Birch, Stewart, Kolasch & Birch, LLP, of Falls Church, VA, argued for appellee Fidia Farmaceutici S.P.A. With him on the brief was Maryanne Armstrong.

Before BRYSON, MAYER, and GAJARSA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**